UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Idalmy Pichardo,<br><br>      Plaintiff,<br><br>      v.<br><br>Arturo Francisco and Expressway Parking Lot, Inc.,<br><br>      Defendants. | *Civil Action No.* 13-cv-4300 (RJS)<br><br>**CERTIFICATE OF SERVICE** |

I, Sarah E. Walcavich, certify:

    1.    I am employed in the county of New York, State of New York. I am over the age of eighteen and not a party to the above-captioned action. My business address is Orrick, Herrington & Sutcliffe LLP, 51 W. 52nd Street, New York, New York 10019.

    2.    On June 25, 2014, I served the Order issued by Richard J. Sullivan, United States District Judge, dated June 24, 2014 ("Order"), by transmitting a true and correct copy thereof in a sealed envelope, potage prepaid, addressed to:

    Arturo Francisco
    Owner and Managing Agent
    Expressway Parking Lot
    930 Faile St.
    Bronx, NY 10474

    Arturo Francisco
    930 Faile St.
    Bronx, NY 10474

    3.    On June 26, 2014, I received notification that the United Parcel Service had delivered the package to Expressway Parking Lot, and that Mr. Francisco had accepted the delivery.

    4.    On June 26, 2014, I received notification that the United Parcel Service had delivered the package to Mr. Francisco, and that Mr. Francisco had accepted the delivery.

    5.    On June 24, 2014, I served the Order upon Mr. Sachs by transmitting a true and correct copy thereof via e-mail to jack.sachs@yahoo.com.

Executed on June 27, 2014 at New York, New York.

I certify under penalty of perjury that the foregoing is true and correct.

                                                                  _____
                                                                           Sarah E. Walcavich